# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dennis Rydell,                            Civil No. 10-586 (RHK/FLN)

                Plaintiff,                      **ORDER**

vs.

Nationwide Credit, Inc.,

                Defendant.

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 13), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with a reservation of the determination of attorney's fees by the Court.

Dated: June 22, 2010

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge